IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**SYLVIA VASQUEZ-GARCIA** and
**RAMIRO HERRERA,**

Plaintiffs,

v.

**FOOTHILLS FIREWOOD LLC,** an Oregon
Domestic Limited Liability Corporation;
**CONIFER CANYON RESOURCES LLC,** an Oregon
Domestic Limited Liability Corporation; and
**BRIAN STINNETT,**

Defendants.

No. 3:14-cv-00766-MO

ORDER OF DEFAULT JUDGMENT

**MOSMAN, J.**,

IT IS HEREBY ORDERED AND ADJUDGED THAT**:**

Plaintiff's Motion for Default Judgment [33] is GRANTED.  Judgment is entered in favor of Plaintiffs, Sylvia Vasquez-Garcia and Ramiro Herrera, and against Defendants, Foothills Firewood LLC and Brian Stinnett jointly and severally in the amount of $15,411.07 in favor of Ms. Vasquez-Garcia and $3,511.93 in favor of Mr. Herrera.

\\

\\

Post-judgment interest shall accrue on the Judgment amount at the current post-judgment rate per annum pursuant to 28 U.S.C. §1961 from the date of the entry of this Judgment until paid in full.

DATED this 23 day of November, 2015.

/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Judge