IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**SYLVIA VASQUEZ-GARCIA** and
**RAMIRO HERRERA,**

    Plaintiffs,

        v.

**FOOTHILLS FIREWOOD LLC,** an Oregon
Domestic Limited Liability Corporation, and
**BRIAN STINNETT,**

    Defendants.

No. 3:14-cv-00766-MO

ORDER OF PAYMENT
OF ATTORNEY FEES

**MOSMAN, J.**,

    IT IS HEREBY ORDERED AND ADJUDGED THAT**:**

    Plaintiff's Motion for Attorney Fees [43] is GRANTED. Plaintiffs are awarded attorney fees in the amount of $16,055.00 and litigation expenses in the amount of $558.91.

    DATED this _6th_ day of January, 2016.

                                    /s/ Michael W. Mosman_____
                                    MICHAEL W. MOSMAN
                                    United States District Judge

1 – ORDER OF PAYMENT OF ATTORNEY FEES